# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILARIO HERNANDEZ,** | : | CIVIL ACTION NO. 1:18-CV-1347 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| **D&F EQUIPMENT SALES, INC.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 30th day of October, 2019, upon consideration of defendant D&F Equipment Sales, Inc.'s unopposed motion (Doc. 17) for modification of the court's October 22, 2019 scheduling order (Doc. 16), to extend the deadline for the production of defendant's expert reports and supplemental or rebuttal expert reports, it is hereby ORDERED that the motion is GRANTED, to the extent that the deadline for production of defendant's expert reports is extended from January 2, 2020, to January 10, 2020, and the deadline for production of supplemental or rebuttal expert reports is extended from January 17, 2020, to January 27, 2020. All other deadlines set forth in the court's scheduling order (Doc. 16) of October 22, 2019, shall remain in full force and effect except as modified herein.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania